UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Lisa M. Borrello,

                 Plaintiff,

              v.                                      Hon. Hugh B. Scott

                                                                    00CV177A

New York State Department of Correctional
Services; Ronald Moscicki, Superintendent of Lakeview            **Decision**
Shock Incarceration Correctional Facility; Michael                   **&**
Marshall, Deputy Superintendent of Lakeview Shock               **Order**
Incarceration Correctional Facility; Richard Moffit, Food
Service Administrator at Lakeview Shock Incarceration
Correctional Facility; Brian McKenna, Head Cook and
Supervisor at the Lakeview Shock Incarceration
Correctional Facility; Amy Farnham, Head Cook at the
Lakeview Shock Incarceration Correctional Facility; and
Dawn Raynor, Head Cook and Supervisor at the
Lakeview Shock Incarceration Correctional Facility,

                 Defendants.
_____

      A motion has been filed on behalf of non-party witness James Pietro seeking to have a portion of his deposition testimony sealed. The record does not reflect a sufficient basis to warrant the sealing of the deposition transcript. The motion is denied.

      By letter dated March 29, 2006, counsel for the Department of Correctional Services ("DOCS") has requested clarification regarding the parameters of disclosure regarding the personnel files ordered to be produced pursuant to this Court's discovery order (Docket No. 260). The documents produced pursuant to that order shall be produced to all counsel of the remaining

defendants in this case.  All counsel are subject to the restrictions set forth in the March 21, 2006 Decision & Order.  In addition, the party producing the personnel files will redact social security numbers, home addresses and telephone numbers, personal family information and personal health information.

    So Ordered.

/s/ Hugh B. Scott<br>United States Magistrate Judge<br>Western District of New York

Buffalo, New York
March 30, 2006